# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00090-DME-KMT

CALVIN ANTHONY, An Individual,

Plaintiff,
v.

THE CITY OF GRAND JUNCTION, a political subdivision of the state of Colorado

Defendant.

_____

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF CLAIMS AGAINST THE CITY OF GRAND JUNCTION WITH PREJUDICE**
_____

Plaintiff, Calvin Anthony, and Defendant, City of Grand Junction, filed a Stipulated Motion to Dismiss the claims against Defendant City of Grand Junction with prejudice. After review of the Stipulated Motion, it is ORDERED that Mr. Anthony's claims against the City of Grand Junction are dismissed with prejudice, each party to pay his or its own costs and attorney fees.

DATED this _16th_ day of _August_, 2011.

BY THE COURT:

/s/  David M. Ebel
_____
United States District Judge